JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BASS, <br><br> Plaintiff(s), <br><br> VS. <br><br> A.I.T. CREDIT SERVICES, et al., <br><br> Defendant(s). | Case No. CV 09-07962-RGK (RCx) <br><br> ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

On July 6, 2011, the Court issued an Order to Show Cause why the case should not be dismissed for lack of prosecution. Plaintiff's response was timely filed on July 19, 2011. After review and consideration, the Court finds no good cause for the delay in prosecution of this matter, and orders the case dismissed.

**IT IS SO ORDERED.**

Dated: August 10, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE